1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10                      **WESTERN DIVISION**

11  **ALFREDO FRANCO,**                    )
                                           )
12                    **Petitioner,**       )      **No. CV 08-1994-MMM (RCF)**
                                           )
13                    **v.**               )      **JUDGMENT**
                                           )
14  **W.J. SULLIVAN, Warden,**             )
                                           )
15                    **Respondent.**       )
                                           )
16  _____)

17          Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of

18  United States Magistrate Judge,

19          IT IS ADJUDGED that the Petition is denied with prejudice.

20

21  DATED:   June 27, 2011

22

23                                    _____
                                      MARGARET M. MORROW
24                                    UNITED STATES DISTRICT JUDGE

25

26

27

28